# CRITCHLEY & KINUM, LLC
### ATTORNEYS AT LAW
### 75 LIVINGSTON AVENUE
### ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM

EDMUND DENOIA

(973) 422-9200

FAX: (973) 422-9700
web site: www.critchleylaw.com

July 23, 2008

**Via Fax (973) 645-4549**
Hon. Peter G. Sheridan, U.S.D.J.
M.L. King, Jr., Federal Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

   *Re:*   *U.S. v. John Cavalli*
           *Crim. No.: 07-56*

Dear Judge Sheridan:

     This office represents Defendant John Cavalli in connection with the above referenced matter. Defendants' pretrial motions are currently scheduled to be filed by August 1, 2008. The Government's response to such motions is due by August 15, 2008. Finally, the return date for all pretrial motions and a status conference in this matter are scheduled for September 4, 2008.

     We respectfully request that the motion schedule be adjourned for 2 weeks because we are attempting to reach a resolution in this matter. Assistant United States Attorney Lisa Rose has consented to the adjournment.

     I have spoken with Courtroom Deputy Dolores Hicks and she advised that the following dates would fit the Court's calendar:

| | |
|---|---|
| August 15, 2008: | Defendants' Pretrial Motions |
| August 29, 2008: | Government's Response to Pretrial Motions |
| September 25, 2008: | Return Date and Status Conference |

     Please advise if these dates are acceptable to Your Honor. If you have any questions please do not hesitate to contact me. Thank you for your kind attention to this matter.

Very truly yours,

EDMUND DENOIA

SO ORDERED: [signature]
DATED: 7/24/08

cc:  Lisa Rose, A.U.S.A. (Via Fax)
     Peter R. Willis, Esq. (Via Fax)