UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN |
| v. | : | Crim No: 07-56 (PGS) |
| ALAN TUCHMAN | : | **CONSENT ORDER** |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lisa Rose, Assistant United States Attorney) and defendant Alan Tuchman (by Peter R.Willis, Esq.) for an order granting a continuance of trial date in this matter and a continuance of the designation of this matter as complex pursuant to Title 18, United States Code, Sections 3161(h)(8)(B)(ii), and the defendant being aware that he has the right to have the matter tried within 70 days from the date on which the Grand Jury handed down an Indictment in this matter pursuant to Title 18, United States Code, Section 3161(c)(1); and for good cause shown:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. The discovery in this case is voluminous, in that it involves, among other things, thousands of pages of documents and the reports and summaries of several experts in the health care field.

3. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for trial within the time limits established under the Speedy Trial Act.

4. In addition, plea negotiations are continuing, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary.

5. The defendant has consented to the aforementioned continuance.

6. The grant of a continuance will enable counsel for the defendant to review discovery and proceed with trial.

7. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 13 day of May 2009,

ORDERED that the proceedings in this matter are continued 60 days from March 19, 2009 to July 17, 2009, and that the period of time from May 19, 2009 to July 17, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act

pursuant to Title 18, United States Code, Sections

3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv).

_____
HON. PETER G. SHERIDAN
United States District Judge

I hereby consent to the form and entry of this Order:

_____         Dated: 5/13/09
Peter R. Willis, Esq.

_____         Dated: 5/13/09
Lisa Rose, AUSA

-3-